United States Courts
Southern District of Texas
FILED
*October 06, 2026*
Nathan Ochsner, Clerk of Court

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CRIMINAL NO. 4:26-cr-666** |
| | § | |
| **THOMAS J. HARRIS** | § | |

# INDICTMENT

The United States Grand Jury charges:

## COUNT 1
(Embezzlement/Theft of Mail Matter by Postal Service Employee – 18 U.S.C. § 1709)

Beginning from on or about December 6, 2022, and continuing until on or about February 28, 2023, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, Defendant,

**THOMAS J. HARRIS,**

a United States Postal Service employee, did unlawfully remove and steal from letters, packages and mail, certain articles and things contained therein, to wit: stored value cards and money, which had been entrusted to the defendant and had come into his possession intended to be conveyed and delivered by mail through the United States Postal Service.

In violation of Title 18, United States Code, Sections 1709.

TRUE BILL:
Original signature on file
______________________________
FOREPERSON OF THE GRAND JURY

______________________________
EKUA A. ASSABILL
Assistant United States Attorney